IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| STATE OF NORTH DAKOTA, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant-Appellant. | No. 25-2276 |

## JOINT MOTION TO HOLD APPEAL IN ABEYANCE

Pursuant to Federal Rule of Appellate Procedure 27, the parties jointly move for an order holding this appeal in abeyance.

In this case, plaintiff North Dakota asserted various claims against the United States under the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b)(1), 2671-2680. The district court entered judgment against the United States and awarded North Dakota $27,854,867.30 in damages. The United States appealed.

The parties have been engaged in negotiations to settle this case, and they believe that this case can be resolved with a mutually agreeable settlement that would lead to dismissing this appeal. Holding this appeal in abeyance while settlement negotiations are pending will thus promote judicial efficiency, conserve resources, and allow the parties the opportunity to resolve this appeal on mutually agreeable terms without the need for this Court's further action.

The parties therefore request that the Court hold this appeal in abeyance, with status reports filed every 60 days.

Respectfully submitted,

DREW H. WRIGLEY
    Attorney General

/s/ *Philip Axt*
PHILIP AXT
    Solicitor General
    600 E. Boulevard Ave., Dept. 125
    Bismarck, ND 58505
    701.328.3625

BRAD HINSHELWOOD

/s/ *Casen B. Ross*
CASEN B. ROSS
    Attorneys, Appellate Staff
    Civil Division, Room 7270
    Department of Justice
    950 Pennsylvania Ave. NW
    Washington, DC 20530
    202.514.1923

*Counsel for plaintiff-appellee*

*Counsel for defendant-appellant*

August 2025

# CERTIFICATION OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g), I hereby certify this motion complies with the requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in 14-point Garamond, a proportionally spaced font, and that it complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A), because it contains 163 words, according to the count of Microsoft Word.

*/s/ Casen B. Ross* .
CASEN B. ROSS

# CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2025, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

*/s/ Casen B. Ross* .
CASEN B. ROSS