IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| STATE OF NORTH DAKOTA,<br><br>Plaintiff-Appellee,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant-Appellant. | No. 25-2276 |

**JOINT STATUS REPORT**

Pursuant to the Court's August 11, 2025, order granting the parties' joint motion to hold this appeal in abeyance, the parties respectfully submit this status report on the status of settlement negotiations.

The parties have reached a settlement agreement in principle, subject to final approval by appropriate officials, and are presently negotiating the precise terms of that agreement. They continue to believe that this case can be resolved with a mutually agreeable settlement that would lead to dismissing this appeal, and they are endeavoring to finalize the terms of that agreement in an expeditious manner.

The parties submit that further abeyance of this appeal is appropriate to permit those settlement negotiations to continue, which will promote judicial efficiency and conserve resources without the need for this Court's further action.

Respectfully submitted,

| | |
|---|---|
| DREW H. WRIGLEY<br>    Attorney General | BRAD HINSHELWOOD |
| */s/ Philip Axt*<br>PHILIP AXT<br>    Solicitor General<br>    600 E. Boulevard Ave., Dept. 125<br>    Bismarck, ND 58505<br>    701.328.3625 | */s/ Casen B. Ross*<br>CASEN B. ROSS<br>    Attorneys, Appellate Staff<br>    Civil Division, Room 7270<br>    Department of Justice<br>    950 Pennsylvania Ave. NW<br>    Washington, DC 20530<br>    202.514.1923 |
| *Counsel for plaintiff-appellee* | *Counsel for defendant-appellant* |

September 2025

# CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2025, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

/s/ Casen B. Ross    .
CASEN B. ROSS