IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

---

STATE OF NORTH DAKOTA,

Plaintiff-Appellee,

v.

UNITED STATES OF AMERICA,

Defendant-Appellant.

No. 25-2276

---

## JOINT STATUS REPORT

Pursuant to the Court's order of August 11, 2025, granting the parties' joint motion to hold this appeal in abeyance, and the Clerk's letter of December 10, 2025, requesting a joint status report by January 9, 2026, the parties respectfully submit this report on the status of their settlement negotiations.

The parties have reached a settlement agreement in principle, subject to final approval by appropriate officials, and are presently continuing to negotiate the precise terms of that agreement. Those negotiations were paused due to the lapse in federal appropriations; now that funding to the Department of Justice has been restored, those negotiations have resumed and are ongoing. The parties continue to believe that this case can be resolved with a mutually agreeable settlement that would lead to dismissing this appeal, and they are endeavoring to finalize the terms of that agreement in an expeditious manner.

The parties submit that further abeyance of this appeal is appropriate to permit those settlement negotiations to continue, which will promote judicial efficiency and conserve resources without the need for this Court's further action.

Respectfully submitted,

DREW H. WRIGLEY
    Attorney General

/s/ *Philip Axt (with permission)*
PHILIP AXT
    Solicitor General
    600 E. Boulevard Ave., Dept. 125
    Bismarck, ND 58505
    701.328.3625


*Counsel for plaintiff-appellee*


January 2026

BRAD HINSHELWOOD

/s/ *Caroline Tan*
CAROLINE W. TAN
        Attorneys, Appellate Staff
        Civil Division, Room 7236
        Department of Justice
        950 Pennsylvania Ave. NW
        Washington, DC 20530
        202.616.4171


*Counsel for defendant-appellant*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on January 9, 2026, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

/s/ Caroline Tan
CAROLINE W. TAN