IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| STATE OF NORTH DAKOTA, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant-Appellant. | No. 25-2276 |

**JOINT STATUS REPORT**

Pursuant to the Court's order of August 11, 2025, granting the parties' joint motion to hold this appeal in abeyance, and the Clerk's letter of January 9, 2026, requesting a joint status report by February 9, 2026, the parties respectfully submit this report on the status of their settlement negotiations.

The parties have reached a settlement agreement in principle. That agreement has now been reduced to proposed settlement documents mutually agreeable to the parties, and the proposed settlement is currently under review for final approval by appropriate officials within the Department of Justice. The parties continue to believe that this case can be resolved with a mutually agreeable settlement that would lead to dismissing this appeal.

The parties submit that further abeyance of this appeal is appropriate to permit that process to be completed, which will promote judicial efficiency and conserve resources without the need for this Court's further action.

Respectfully submitted,

| | |
|---|---|
| DREW H. WRIGLEY<br>   Attorney General | BRAD HINSHELWOOD |
| */s/ Philip Axt (with permission)*<br>PHILIP AXT<br>   Solicitor General<br>   600 E. Boulevard Ave., Dept. 125<br>   Bismarck, ND 58505<br>   701.328.3625 | */s/ Caroline Tan*<br>CAROLINE W. TAN<br>   Attorneys, Appellate Staff<br>   Civil Division, Room 7236<br>   Department of Justice<br>   950 Pennsylvania Ave. NW<br>   Washington, DC 20530<br>   202.616.4171 |
| *Counsel for plaintiff-appellee* | *Counsel for defendant-appellant* |

February 2026

# CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2026, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

*/s/ Caroline Tan*
CAROLINE W. TAN