IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

STATE OF NORTH DAKOTA,

Plaintiff-Appellee,

v.

UNITED STATES OF AMERICA,

Defendant-Appellant.

No. 25-2276

**JOINT STATUS REPORT**

Pursuant to the Court's order of August 11, 2025, granting the parties' joint motion to hold this appeal in abeyance, and the Clerk's letter of March 11, 2026, requesting a joint status report by April 10, 2026, the parties respectfully submit this report on the status of their settlement negotiations.

On February 27, pursuant to a settlement agreement between the parties, the parties jointly moved the district court for an indicative ruling under Federal Rule of Civil Procedure 62.1(a)(3) stating that it would vacate the judgment on appeal in this case, as well as certain other orders, if jurisdiction were returned for that purpose. *See* Joint Motion for an Indicative Ruling, *North Dakota v. USA*, Dkt. 482 (motion filed Feb. 27, 2026) (seeking vacatur of the judgment in Dkt. 454 as well as the orders and findings in Dkts. 38, 383, 453). That motion is still pending before the district court. If the district court indicates that it would vacate the judgment and orders at issue, the

parties will promptly notify this Court and request that this Court remand for the limited purpose of allowing the district court to vacate. *See* Fed. R. App. P. 12.1(a).

The parties submit that further abeyance of this appeal is appropriate while the district court considers the motion for an indicative ruling. Continued abeyance may promote judicial efficiency and conserve resources by allowing this matter to be resolved with a mutually agreeable settlement that would lead to dismissing the appeal.

Respectfully submitted,

DREW H. WRIGLEY
    Attorney General

BRAD HINSHELWOOD

*/s/ Philip Axt (with permission)*
PHILIP AXT
    Solicitor General
    600 E. Boulevard Ave., Dept. 125
    Bismarck, ND 58505
    701.328.3625

*/s/ Caroline Tan*
CAROLINE W. TAN
    Attorneys, Appellate Staff
    Civil Division, Room 7236
    Department of Justice
    950 Pennsylvania Ave. NW
    Washington, DC 20530
    202.616.4171

*Counsel for plaintiff-appellee*

*Counsel for defendant-appellant*

April 2026

2

# CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2026, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

*/s/ Caroline Tan*
CAROLINE W. TAN