IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

STATE OF NORTH DAKOTA,

Plaintiff-Appellee,

v.

UNITED STATES OF AMERICA,

Defendant-Appellant.

No. 25-2276

## JOINT MOTION FOR LIMITED REMAND UNDER FEDERAL RULE OF APPELLATE PROCEDURE 12.1(b)

Pursuant to Federal Rule of Appellate Procedure 12.1(a), and the Court's letter of April 13, 2026, requesting a status report regarding developments in this case, the Parties notify the Court of the district court's issuance of an indicative ruling and jointly move for a limited remand.

1. As noted in the status report of April 10, 2026, the Parties have reached an agreement to resolve this matter without further litigation. As part of that agreement, the parties jointly moved the district court for an indicative ruling under Federal Rule of Civil Procedure 62.1(a)(3) stating that it would vacate the judgment on appeal in this case, as well as certain other orders, if jurisdiction were returned for that purpose. *See* Joint Motion for an Indicative Ruling, *North Dakota v. USA*, D.N.D. No. 1:19-cv-00150, Dkt. 482 (motion filed Feb. 27, 2026) (seeking vacatur of the judgment in Dkt. 454 as well as the orders and findings in Dkts. 38, 383, 453).

Appellate Case: 25-2276    Page: 1    Date Filed: 05/11/2026 Entry ID: 5638903

2.  On May 11, 2026, the district court issued the requested indicative ruling. In that ruling, the district court stated that it "does not believe it should stand in the way of a satisfactory settlement between the Parties," and that "upon remand the court intends to grant a motion to vacate the Court's judgment (Doc. No. 454), Findings of Fact and Conclusions of Law (Doc. No. 453), Order Denying the United States' Motion for Summary Judgment (Doc. No. 383), and Order Denying the United States' Motion to Dismiss (Doc. No. 38)." *North Dakota v. USA*, D.N.D. No. 1:19-cv-00150, Dkt. 457 at 1.

3.  The Parties therefore respectfully request that this Court remand this case to the district court under Federal Rule of Appellate Procedure 12.1(b) for the limited purpose of vacating the judgment in Dkt. 454, as well as the orders and findings in Dkts. 38, 383, 453, as provided in the parties' joint motion. *See, e.g.*, *Goyette v. Does, 1-2*, No. 23-3190, 2024 WL 3574571, at *1 (8th Cir. July 30, 2024) (per curiam) (ordering limited remand pursuant to Fed. R. App. P. 12.1).

4.  The Parties will "promptly notify the circuit clerk when the district court has decided the motion on remand." Fed. R. App. P. 12.1(b).  If the motion is granted and the judgment, orders, and findings described above are vacated, the United States will then dismiss this appeal, bringing the litigation to a close.

2

Respectfully submitted,

DREW H. WRIGLEY
    Attorney General

*/s/ Philip Axt* (with permission)
PHILIP AXT
    Solicitor General
    600 E. Boulevard Ave., Dept. 125
    Bismarck, ND 58505
    701.328.3625

*Counsel for Plaintiff-Appellee*

May 2026

BRAD HINSHELWOOD

*/s/ Caroline Tan*
CAROLINE W. TAN
    Attorneys, Appellate Staff
    Civil Division, Room 7236
    Department of Justice
    950 Pennsylvania Ave. NW
    Washington, DC 20530
    202.616.4171

*Counsel for Defendant-Appellant*

3

# CERTIFICATION OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g), I hereby certify this motion complies with the requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in 14-point Garamond, a proportionally spaced font, and that it complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A), because it contains 409 words, according to the count of Microsoft Word.

*/s/ Caroline Tan*
CAROLINE W. TAN

# CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2026, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

/s/ Caroline Tan
CAROLINE W. TAN