## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

North Dakota,

                                    Plaintiff,

vs.                                                         Case No. 1:19-cv-00150

United States of America,

                                    Defendant.

---

## ORDER GRANTING MOTION FOR INDICATIVE RULING

---

[¶1]    THIS MATTER comes before the Court on a Joint Motion for Indicative Ruling Under Rule 62.1(a)(3) to Vacate Judgment Under Rule 60(b) filed by the Parties on February 27, 2026. Doc. No. 482. The Court held a hearing on the Motion on May 8, 2026. Doc. No. 486.

[¶2]    As indicated on the record, the Court **GRANTS** the Joint Motion. The Court does not believe it should stand in the way of a satisfactory settlement between the Parties but should encourage litigants to pursue settlements even when federal government conduct is at its worst. Therefore, upon remand the Court intends to grant a motion to vacate the Court's Judgment (Doc. No. 454), Findings of Fact and Conclusions of Law (Doc. No. 453), Order Denying the United States' Motion for Summary Judgment (Doc. No. 383), and Order Denying the United States' Motion to Dismiss (Doc. No. 38).

[¶3]    **IT IS SO ORDERED**.

    DATED May 11, 2026.

                                    _____
                                    Daniel M. Traynor, District Judge
                                    United States District Court