# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No. 25-2276

State of North Dakota

Appellee

v.

United States of America

Appellant

_____

Appeal from U.S. District Court for the District of North Dakota - Western
(1:19-cv-00150-DMT)

_____

**ORDER**

The joint motion for limited remand for the limited purpose of allowing the district court

to vacate the judgment, and other orders as requested by the parties, is granted.

May 19, 2026

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Susan E. Bindler