IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

STATE OF NORTH DAKOTA,

Plaintiff-Appellee,

v.

UNITED STATES OF AMERICA,

Defendant-Appellant.

No. 25-2276

**UNOPPOSED MOTION TO DISMISS APPEAL**

Pursuant to Federal Rule of Appellate Procedure 12.1(b), the United States hereby notifies this Court that the district court has granted the parties' joint motion to vacate the judgment (Dkt. 454) and orders and findings (Dkts. 38, 383, 453), as described in the parties' joint motion for a limited remand in this Court. *See* Joint Mot. for Limited Remand Under Fed. R. App. P. 12.1(b), at 1 (filed May 11, 2026).

Now that the district court has granted the motion and vacated the judgment, orders, and findings described above, Defendant-Appellant United States of America moves under Federal Rule of Appellate Procedure 42(b)(2) to dismiss this appeal. Each party will bear its own costs, expenses, and fees on appeal. Plaintiff-Appellee State of North Dakota consents to this motion.

Respectfully submitted,

BRAD HINSHELWOOD

/s/ *Caroline Tan*
CAROLINE W. TAN
      Attorneys, Appellate Staff
      Civil Division, Room 7236
      Department of Justice
      950 Pennsylvania Ave. NW
      Washington, DC 20530
      202.616.4171

*Counsel for Defendant-Appellant*

May 2026

Appellate Case: 25-2276    Page: 2    Date Filed: 05/27/2026 Entry ID: 5644563

# CERTIFICATION OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g), I hereby certify this motion complies with the requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in 14-point Garamond, a proportionally spaced font, and that it complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A), because it contains 132 words, according to the count of Microsoft Word.

/s/ Caroline Tan
CAROLINE W. TAN

**CERTIFICATE OF SERVICE**

I hereby certify that on May 27, 2026, I electronically filed the foregoing with the Clerk of the Court by using the appellate CM/ECF system. Participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

/s/ Caroline Tan
CAROLINE W. TAN