# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No.  25-2276

_____

State of North Dakota

Plaintiff - Appellee

v.

United States of America

Defendant - Appellant

_____

Appeal from U.S. District Court for the District of North Dakota - Western
(1:19-cv-00150-DMT)

_____

## JUDGMENT

Appellant's unopposed motion to dismiss the appeal is granted. The appeal is hereby

dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

May 28, 2026

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Susan E. Bindler