# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No. 25-2276

State of North Dakota

Appellee

v.

United States of America

Appellant

---

Appeal from U.S. District Court for the District of North Dakota - Western
(1:19-cv-00150-DMT)

---

## MANDATE

In accordance with the judgment of May 28, 2026, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

May 28, 2026

Clerk, U.S. Court of Appeals, Eighth Circuit